IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TERRY HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>POTTAWATTAMIE COUNTY, IOWA; THE CITY OF COUNCIL BLUFFS, IOWA; JOSEPH HRVOL; DAVID RICHTER; MATTHEW WILBER; DANIEL LARSEN; LYLE BROWN; and DAVID DAWSON,<br><br>Defendants. | No.   05-CV-00178 |
| TERRY J. HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW D. WILBER and POTTAWATTAMIE COUNTY, IOWA,<br><br>Defendants. | No.   05-CV-90616<br><br>**STATEMENT OF MATERIAL FACTS FOR SUMMARY JUDGMENT BY POTTAWATTAMIE COUNTY, AND PROSECUTORS HRVOL, RICHTER, AND WILBER** |
| CURTIS W. MCGHEE, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>POTTAWATTAMIE COUNTY, IOWA; THE CITY OF COUNCIL BLUFFS, IOWA; JOSEPH HRVOL; DAVID RICHTER; MATTHEW WILBER; DANIEL LARSEN; LYLE BROWN; and DAVID DAWSON,<br><br>Defendants. | No.   05-CV-00255 |

COME NOW, Defendants, Joseph Hrvol, David Richter, Matthew Wilber, and Pottawattamie County; and, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a)(3), submit this Statement of Material Fact to which there is no genuine issue to be tried:

1. McGhee admitted at his trial and recently confirmed in a deposition that he lied to police regarding his whereabouts on the night of the Schweer murder and asked a friend, Joe Rogers, to lie and create an alibi for him, the date of which he now claims Mr. Rogers came up on his own, but which happens to be the Schweer murder date. (McGhee Trial Transcript pp. 12-13, App. pp. 22-23; and, McGhee 2003 Deposition, pp. 45-48, App. pp. 28).

2. McGhee testified at trial and recently confirmed at his deposition that he was with Harrington and Hughes at 24th and Pratt on the night of the Schweer murder. (McGhee Trial Transcript pp. 13-14, App. pp. 23-24; and, McGhee 2003 Deposition, pp. 37-45, App. pp. 26-28).

3. Tyrone Pierce and Eric Hartwell testified at the McGhee trial that McGhee admitted to them of his involvement in the Schweer homicide while they were in jail together. (McGhee Trial Transcript, pp. 520-21, 550-51, App. pp. 35-36).

4. Larry Plater testified at trial that McGhee and Harrington were involved in the Schweer homicide. (McGhee Trial Transcript, pp. 420-23; App. pp. 29-32).

_____
Kristopher K. Madsen PO1009763
Robert M. Livingston PO 16838
STUART TINLEY LAW FIRM, LLP
310 W. Kanesville Blvd., 2nd Floor
P. O. Box 398
Council Bluffs, Iowa 51502-0398
Telephone: (712) 322-4033
Facsimile: (712) 322-6243
ATTORNEYS FOR DEFENDANTS POTTAWATTAMIE COUNTY, HRVOL, RICHTER AND WILBER

/s/_____
David S. Baker
Daniel C. Estes
FISHER PATTERSON SAYLER & SMITH, LLP
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210

/s/_____
Margaret Popp Reyes
Assistant County Attorney
Pottawattamie County Attorney's Office
227 South 6th Street
Council Bluffs, Iowa 51501

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2006, the above and foregoing Statement of Material Facts for Summary Judgment was electronically filed with the Clerk of the Court using the ECF system and that a true and correct copy of which was sent by regular U.S. mail to:

Alan O. Olson
Attorney at Law
3116 Ingersoll Avenue
Des Moines, Iowa 50312-3910

Stephen D. Davis
William H. Jones
Attorney at Law
10 S. LaSalle Street, Suite 3400
Chicago, Illinois 60603

David S. Baker
Daniel C. Estes
Attorney at Law
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, Kansas 66210

Margaret Popp Reyes
Assistant County Attorney
Pottawattamie County Attorney's Office
227 South 6th Street
Council Bluffs, Iowa 51501

Michael Sciortino
Attorney at Law
209 Pearl Street
Council Bluffs, Iowa 51503

Thomas P. Frerichs
P.O. Box 328
Waterloo, IA 50704

Douglas McCalla
The Spence Law Firm, LLC
15 S. Jackson Street
P.O. Box 548
Jackson, WY 83001

*Jennifer McDermott* (signature)