Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P. O. Box 548, 15 South Jackson Street
Jackson, Wyoming 83001
Telephone: (307) 733-7290
Fax: (307) 733-5248

Attorneys for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TERRY HARRINGTON, individually and in his capacity as the father of NICOLE ANTOINETTE HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF POTTAWATTAMIE, IOWA,<br>CITY OF COUNCIL BLUFFS, IOWA,<br>DAVID RICHTER, in his individual and official capacities,<br>JOSEPH HRVOL, in his individual and official capacities,<br>DANIEL C. LARSEN, in his individual and official capacities,<br>LYLE W. BROWN, in his individual and and official capacities, and<br>JOHN DOES ONE THROUGH NINE, in their individual and official capacities,<br><br>Defendants. | Civil Nos. 4-05-CV-00178-RP-TJS<br>05-CV-00255<br>03-CV-90616<br><br>**PLAINTIFF TERRY HARRINGTON'S RESPONSE TO STATEMENT OF MATERIAL FACTS FOR SUMMARY JUDGMENT BY POTTAWATTAMIE COUNTY, AND PROSECUTORS HRVOL, RICHTER, AND WILBER** |

Comes now Plaintiff, Terry Harrington, by and through counsel, and pursuant to Federal Rules of Civil Procedure Rule 56 and Local Rule 56.1(b)(2), submits his

Response to Statement of Material Facts for Summary Judgment by Pottawattamie County, and Prosecutors Hrvol, Richter, and Wilber as follows:

In their four statements about Curtis McGhee, Defendants wholly fail to submit any statement of material fact as to which there is no genuine issue to be tried regarding Plaintiff Terry Harrington. Defendants completely fail to meet their burden under Rule 56, which only allows summary judgment "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56. Plaintiff Terry Harrington's Statement of Additional Material Facts that Preclude Summary Judgment filed concurrently with this Response clearly states otherwise.

Plaintiff Terry Harrington adopts by reference Plaintiff McGhee's Response to Statement of Material Facts for Summary Judgment by Pottawattamie County and Prosecutors Hrvol, Richter, and Wilber (Docket Number 112). And, in McGhee's response he states that any information that he was with Harrington at 24th and Pratt on the night of the Schweer murder "was not true." *Id.* at 5, ¶ 1. Thus, the *only* tenuous link between the information that Defendants cite as purported support for no genuine issue to be tried *completely* vanishes.

Respectfully submitted this 27th day of October 27, 2006,

Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P.O. Box 548
Jackson, WY 83001
307-733-7290 Telephone
307-733-5248 Fax
mccalla@spencelawyers.com
orchard@spencelawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2006, a true and correct copy of the foregoing RESPONSE was served upon counsel named below via electronic filing.

| | | |
|---|---|---|
| David Stephen Baker | [ ] | U.S. Mail, Postage Prepaid |
| Daniel C. Estes | [ ] | Express Mail |
| Fisher Patterson Sayler & Smith LLP | [ ] | Facsimile Transmission |
| 51Corporate Woods, Suite 300 | [ ] | Federal Express |
| 9393 W 110th Street | [x] | Electronic Filing |
| Overland Park, KS 66210 | | |
| dbaker@fisherpatterson.com | | |
| destes@fisherpatterson.com | | |

| | | |
|---|---|---|
| Stephen D. Davis | [ ] | U.S. Mail, Postage Prepaid |
| William H. Jones | [ ] | Express Mail |
| Canel, Davis & King | [ ] | Facsimile Transmission |
| 10 South La Salle Street, Suite 3400 | [ ] | Federal Express |
| Chicago, Illinois 60603 | [x] | Electronic Filing |
| sdavis@daviskinglaw.com | | |
| wjones@daviskinglaw.com | | |

| | | |
|---|---|---|
| Kristopher Madsen | [ ] | U.S. Mail, Postage Prepaid |
| Stuart, Tinley, Peters, Thorn, Hughes, Faust & | [ ] | Express Mail |
| Madsen | [ ] | Facsimile Transmission |
| 310 W. Kanesville Blvd., 2nd Floor | [x] | Federal Express |
| PO Box 398 | [x] | Electronic Filing |
| Council Bluffs, IA 51502-0398 | | |
| madsen.kristopher@stuarttinley.com | | |

| | | |
|---|---|---|
| Alan O. Olson | [ ] | U.S. Mail, Postage Prepaid |
| Olson Law Office, P.C. | [ ] | Express Mail |
| 3116 Ingersoll Avenue | [ ] | Facsimile Transmission |
| Des Moines, IA 8031222-3910 | [ ] | Federal Express |
| aoo@olson-law.net | [x] | Electronic Filing |

| | |
|---|---|
| Margaret Pott Reyes<br>Assistant County Attorney<br>Pottawattamie County Attorney's Office<br>227 S. 6th St., Ste. 532A<br>Council Bluffs, IA 51501<br>maggie.PoppReyes@pottcounty.com | [ ] U.S. Mail, Postage Prepaid<br>[ ] Express Mail<br>[ ] Facsimile Transmission<br>[ ] Federal Express<br>[X] Electronic Filing |
| Michael A Sciortino<br>City Of Council Bluffs Legal Dept.<br>209 Pearl Street<br>Council Bluffs, IA 51503<br>MASciortino@aol.com | [ ] U.S. Mail, Postage Prepaid<br>[ ] Express Mail<br>[ ] Facsimile Transmission<br>[ ] Federal Express<br>[X] Electronic Filing |

Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P.O. Box 548
Jackson, WY 83001
307-733-7291 Telephone
307-733-5248 Fax
mccalla@spencelawyers.com
orchard@spencelawyers.com