Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P. O. Box 548, 15 South Jackson Street
Jackson, Wyoming 83001
Telephone: (307) 733-7290
Fax: (307) 733-5248

Attorneys for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| TERRY HARRINGTON, individually and in his capacity as the father of NICOLE ANTOINETTE HARRINGTON, ) ) ) ) Plaintiff, ) ) vs. ) ) COUNTY OF POTTAWATTAMIE, IOWA, ) CITY OF COUNCIL BLUFFS, IOWA, ) DAVID RICHTER, in his individual and official capacities, ) JOSEPH HRVOL, in his individual and official capacities, ) DANIEL C. LARSEN, in his individual and official capacities, ) LYLE W. BROWN, in his individual and and official capacities, and ) JOHN DOES ONE THROUGH NINE, in their individual and official capacities, ) ) Defendants. ) | Civil Nos. 4-05-CV-00178-RP-TJS<br>05-CV-00255<br>03-CV-90616<br><br><br><br><br><br><br><br><br><br>**APPENDIX TO PLAINTIFF TERRY HARRINGTON'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY POTTAWATTAMIE COUNTY, AND PROSECUTORS HRVOL, RICHTER, AND WILBER** |

COMES NOW Plaintiff Terry Harrington and pursuant to Federal Rules of Civil Procedure Rule 56 and Local Rule 56.1(e)(1) submits his Appendix to Plaintiff Terry Harrington's Response To Motion For Summary Judgment By Pottawattamie County, And Prosecutors Hrvol, Richter, And Wilber. The Appendix is 340 pages and is being sent via Federal Express. The Appendix Table of Contents is filed electronically with the court.

**TABLE OF CONTENTS**

| Tab | Description | Page(s) |
|---|---|---|
| 1 | Timeline | 1-2 |
| 2 | Harrington v State, 659-N.W.2d.(Iowa 2003) | 3-20 |
| 3 | Eight Concealed Police Reports | 21-38 |
| 4 | True Information | 39-61 |
| 5 | October 15, 1977 Police Report | 62-65 |
| 6 | Statement of Kevin Hughes 1977 | 66-89 |
| 7 | Affidavit of Charles Reese | 90 |
| 8 | Trial Transcript | 91-157 |
| 9 | Deposition of Joseph Hrvol August 28, 1987 | 158-165 |
| 10 | Deposition of David Richter August 28, 1987 | 166-177 |
| 11 | Deposition of Daniel Larsen August 28, 1987 | 178-188 |
| 12 | Answers to Interrogatories McGhee v State of Iowa | 189-196 |
| 13 | Deposition of Tyrone E. Pierce February 18, 1988 | 197-208 |
| 14 | May 20, 1988 Transcript of Post Conviction Relief Proceedings | 209-237 |
| 15 | Joseph Hrvol November 2, 2000 | 238-241 |
| 16 | PCR 2000 Transcript | 242-278 |
| 17 | James Burke Affidavit | 279-280 |
| 18 | Roderick Jones Affidavit | 281-282 |
| 19 | Roderick Jones Statement 2003 | 283-288 |
| 20 | James Burke Statement 2003 | 289-295 |
| 21 | Clyde Jacobs Affidavit | 296-305 |
| 22 | Candace Pride Affidavit | 306-307 |
| 23 | Kevin Hughes Affidavit | 308-309 |
| 24 | Kevin Hughes Affidavit | 310-312 |
| 25 | Matthew Wilber Deposition | 313-315 |
| 26 | Larry Williams Deposition 2005 | 316-322 |
| 27 | T. Michael Nault Affidavit | 323-327 |
| 28 | Bennett L. Gershman Affidavit | 328-333 |
| 29 | David E. Richter Deposition 2006 | 334-336 |
| 30 | Joseph J. Hrvol Deposition 2006 | 337-340 |

Respectfully submitted this 17th day of October 2006.

_____
Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
The Spence Law Firm, LLC
Spence & McCalla
15 S. Jackson St.
P.O. Box 548
Jackson, WY  83001
307-733-7290   Telephone
307-722-5248   Fax

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2006, a true and correct copy of the foregoing Appendix was served upon counsel named below, at the addresses set out below by the following means:

| | |
|---|---|
| David Stephen Baker<br>Daniel C. Estes<br>Fisher Patterson Sayler & Smith LLP<br>51Corporate Woods, Suite 300<br>9393 W 110th Street<br>Overland Park, KS 66210<br>dbaker@fisherpatterson.com<br>destes@fisherpatterson.com | [✓] U.S. Mail, Postage Prepaid<br>[✓] Express Mail<br>[ ] Facsimile Transmission<br>[ ] Federal Express<br>[✓] Electronic Filing |
| Stephen D. Davis<br>William H. Jones<br>Canel, Davis & King<br>10 South La Salle Street, Suite 3400<br>Chicago, Illinois 60603<br>sdavis@daviskinglaw.com<br>wjones@daviskinglaw.com | [ ] U.S. Mail, Postage Prepaid<br>[✓] Express Mail<br>[ ] Facsimile Transmission<br>[ ] Federal Express<br>[✓] Electronic Filing |
| Kristopher Madsen<br>Stuart, Tinley, Peters, Thorn, Hughes, Faust & Madsen<br>310 W. Kanesville Blvd., 2nd Floor<br>PO Box 398<br>Council Bluffs, IA 51502-0398<br>madsen.kristopher@stuarttinley.com | [ ] U.S. Mail, Postage Prepaid<br>[✓] Express Mail<br>[ ] Facsimile Transmission<br>[ ] Federal Express<br>[✓] Electronic Filing |
| Alan O. Olson<br>Olson Law Office, P.C.<br>3116 Ingersoll Avenue<br>Des Moines, IA 8031222-3910<br>aoo@olson-law.net | [ ] U.S. Mail, Postage Prepaid<br>[✓] Express Mail<br>[ ] Facsimile Transmission<br>[ ] Federal Express<br>[✓] Electronic Filing |

| | | |
|---|---|---|
| Margaret Pott Reyes<br>Assistant County Attorney<br>Pottawattamie County Attorney's Office<br>227 S. 6th St., Ste. 532A<br>Council Bluffs, IA 51501<br>maggie.PoppReyes@pottcounty.com | [ ]<br>[✓]<br>[ ]<br>[ ]<br>[✓] | U.S. Mail, Postage Prepaid<br>Express Mail<br>Facsimile Transmission<br>Federal Express<br>Electronic Filing |
| Michael A Sciortino<br>City Of Council Bluffs Legal Dept.<br>209 Pearl Street<br>Council Bluffs, IA 51503<br>MASciortino@aol.com | [ ]<br>[✓]<br>[ ]<br>[ ]<br>[✓] | U.S. Mail, Postage Prepaid<br>Express Mail<br>Facsimile Transmission<br>Federal Express<br>Electronic Filing |

_____
Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P.O. Box 548
Jackson, WY 83001
307-733-7290  Telephone
307-733-5248  Fax
mccalla@spencelawyers.com
orchard@spencelawyers.com

5