Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P. O. Box 548, 15 South Jackson Street
Jackson, Wyoming 83001
Telephone: (307) 733-7290
Fax: (307) 733-5248

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| TERRY HARRINGTON, individually and in his capacity as the father of NICOLE ANTOINETTE HARRINGTON, | ) ) ) ) | Civil Nos. 4-05-CV-00178-RP-TJS 05-CV-00255 03-CV-90616 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| COUNTY OF POTTAWATTAMIE, IOWA, CITY OF COUNCIL BLUFFS, IOWA, DAVID RICHTER, in his individual and official capacities, JOSEPH HRVOL, in his individual and official capacities, DANIEL C. LARSEN, in his individual and official capacities, LYLE W. BROWN, in his individual and and official capacities, and JOHN DOES ONE THROUGH NINE, in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | APPENDIX TO PLAINTIFF TERRY HARRINGTON'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY POTTAWATTAMIE COUNTY, AND PROSECUTORS HRVOL, RICHTER, AND WILBER |
| Defendants. | ) | |

COMES NOW Plaintiff Terry Harrington and pursuant to Federal Rules of Civil Procedure Rule 56 and Local Rule 56.1(e)(1) submits his Appendix to Plaintiff Terry Harrington's Response To Motion For Summary Judgment By Pottawattamie County, And Prosecutors Hrvol, Richter, And Wilber. The Appendix is 340 pages and is being sent via Federal Express. The Appendix Table of Contents is filed electronically with the court.

## TABLE OF CONTENTS

| Tab | Description | Page(s) |
| --- | --- | --- |
| 1 | Timeline | 1-2 |
| 2 | Harrington v State, 659-N.W.2d.(Iowa 2003) | 3-20 |
| 3 | Eight Concealed Police Reports | 21-38 |
| 4 | True Information | 39-61 |
| 5 | October 15, 1977 Police Report | 62-65 |
| 6 | Statement of Kevin Hughes 1977 | 66-89 |
| 7 | Affidavit of Charles Reese | 90 |
| 8 | Trial Transcript | 91-157 |
| 9 | Deposition of Joseph Hrvol August 28, 1987 | 158-165 |
| 10 | Deposition of David Richter August 28, 1987 | 166-177 |
| 11 | Deposition of Daniel Larsen August 28, 1987 | 178-188 |
| 12 | Answers to Interrogatories McGhee v State of Iowa | 189-196 |
| 13 | Deposition of Tyrone E. Pierce February 18, 1988 | 197-208 |
| 14 | May 20, 1988 Transcript of Post Conviction Relief Proceedings | 209-237 |
| 15 | Joseph Hrvol November 2, 2000 | 238-241 |
| 16 | PCR 2000 Transcript | 242-278 |
| 17 | James Burke Affidavit | 279-280 |
| 18 | Roderick Jones Affidavit | 281-282 |
| 19 | Roderick Jones Statement 2003 | 283-288 |
| 20 | James Burke Statement 2003 | 289-295 |
| 21 | Clyde Jacobs Affidavit | 296-305 |
| 22 | Candace Pride Affidavit | 306-307 |
| 23 | Kevin Hughes Affidavit | 308-309 |
| 24 | Kevin Hughes Affidavit | 310-312 |
| 25 | Matthew Wilber Deposition | 313-315 |
| 26 | Larry Williams Deposition 2005 | 316-322 |
| 27 | T. Michael Nault Affidavit | 323-327 |
| 28 | Bennett L. Gershman Affidavit | 328-333 |
| 29 | David E. Richter Deposition 2006 | 334-336 |
| 30 | Joseph J. Hrvol Deposition 2006 | 337-340 |

Respectfully submitted this 17th day of October 2006.

*[signature]*

Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
The Spence Law Firm, LLC
Spence & McCalla
15 S. Jackson St.
P.O. Box 548
Jackson, WY  83001
307-733-7290   Telephone
307-722-5248   Fax

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2006, a true and correct copy of the foregoing Appendix was served upon counsel named below, at the addresses set out below by the following means:

| | | |
|---|---|---|
| David Stephen Baker | [✓] | U.S. Mail, Postage Prepaid |
| Daniel C. Estes | [✓] | Express Mail |
| Fisher Patterson Sayler & Smith LLP | [ ] | Facsimile Transmission |
| 51Corporate Woods, Suite 300 | [ ] | Federal Express |
| 9393 W 110th Street | [✓] | Electronic Filing |
| Overland Park, KS 66210 | | |
| dbaker@fisherpatterson.com | | |
| destes@fisherpatterson.com | | |

| | | |
|---|---|---|
| Stephen D. Davis | [ ] | U.S. Mail, Postage Prepaid |
| William H. Jones | [✓] | Express Mail |
| Canel, Davis & King | [ ] | Facsimile Transmission |
| 10 South La Salle Street, Suite 3400 | [ ] | Federal Express |
| Chicago, Illinois 60603 | [✓] | Electronic Filing |
| sdavis@daviskinglaw.com | | |
| wjones@daviskinglaw.com | | |

| | | |
|---|---|---|
| Kristopher Madsen | [ ] | U.S. Mail, Postage Prepaid |
| Stuart, Tinley, Peters, Thorn, Hughes, Faust & Madsen | [✓] | Express Mail |
| | [ ] | Facsimile Transmission |
| 310 W. Kanesville Blvd., 2nd Floor | [ ] | Federal Express |
| PO Box 398 | [✓] | Electronic Filing |
| Council Bluffs, IA  51502-0398 | | |
| madsen.kristopher@stuarttinley.com | | |

| | | |
|---|---|---|
| Alan O. Olson | [ ] | U.S. Mail, Postage Prepaid |
| Olson Law Office, P.C. | [✓] | Express Mail |
| 3116 Ingersoll Avenue | [ ] | Facsimile Transmission |
| Des Moines, IA  8031222-3910 | [ ] | Federal Express |
| aoo@olson-law.net | [✓] | Electronic Filing |

4

| | | |
|---|---|---|
| Margaret Pott Reyes<br>Assistant County Attorney<br>Pottawattamie County Attorney's Office<br>227 S. 6th St., Ste. 532A<br>Council Bluffs, IA 51501<br>maggie.PoppReyes@pottcounty.com | [ ]<br>[✓]<br>[ ]<br>[ ]<br>[✓] | U.S. Mail, Postage Prepaid<br>Express Mail<br>Facsimile Transmission<br>Federal Express<br>Electronic Filing |
| Michael A Sciortino<br>City Of Council Bluffs Legal Dept.<br>209 Pearl Street<br>Council Bluffs, IA 51503<br>MASciortino@aol.com | [ ]<br>[✓]<br>[ ]<br>[ ]<br>[✓] | U.S. Mail, Postage Prepaid<br>Express Mail<br>Facsimile Transmission<br>Federal Express<br>Electronic Filing |

*[signature]*

Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P.O. Box 548
Jackson, WY 83001
307-733-7290   Telephone
307-733-5248   Fax
mccalla@spencelawyers.com
orchard@spencelawyers.com

5