Gerry L. Spence
J. Douglas McCalla
Mel C. Orchard, III
Larissa A. McCalla
THE SPENCE LAW FIRM, LLC
Spence & McCalla
P. O. Box 548, 15 South Jackson Street
Jackson, Wyoming 83001
Telephone:  (307) 733-7290
Fax:  (307) 733-5248

Thomas P. Frerichs
P.O. Box 328
Waterloo, IA  50704
Telephone: (319) 236-7204
Fax: (319) 236-7206

Attorneys for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| TERRY HARRINGTON, individually and in his capacity as the father of NICOLE ANTOINETTE HARRINGTON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Nos. 4-05-CV-00178-RP-TJS 05-CV-00255 03-CV-90616 |
| Plaintiff, | | |
| vs. | | |
| COUNTY OF POTTAWATTAMIE, IOWA, CITY OF COUNCIL BLUFFS, IOWA, DAVID RICHTER, in his individual and official capacities, JOSEPH HRVOL, in his individual and official capacities, DANIEL C. LARSEN, in his individual and official capacities, LYLE W. BROWN, in his individual and and official capacities, and JOHN DOES ONE THROUGH NINE, in their individual and official capacities, | | **PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE TO SET TRIAL DATE** |
| Defendants. | | |

Comes now Plaintiff, Terry Harrington, by and through counsel, and hereby moves this Court to set a date for a Scheduling Conference to Set Trial Date due to the fact that on December 19, 2008, the United States Court of Appeals for the Eighth Circuit issued its Mandate regarding its November 21, 2008 Opinion and Judgment affirming in part, and reversing in part, the decision of the United States District Court for the District of Iowa.

WHEREFORE, plaintiffs respectfully request a scheduling conference with Judge Pratt to set a trial date at the earliest possible time to resolve the claims of plaintiffs in all matters allowed by the November 21, 2008 ruling of the United States Court of Appeals for the Eighth Circuit.

DATED this 19th day of December, 2008.

Respectfully submitted,

>s/ Mel C. Orchard, III
>Gerry L. Spence
>J. Douglas McCalla
>Mel C. Orchard, III
>The Spence Law Firm, LLC
>Spence & McCalla
>15 S. Jackson St.
>P.O. Box 548
>Jackson, WY  83001
>307-733-7290 Telephone
>307-722-5248 Fax
>orchard@spencelawyers.com

## CERTIFICATE OF SERVICE

       I hereby certify that on this <u>19th</u> day of December, 2008 a true and correct copy of the foregoing **JOINT MOTION FOR SCHEDULING CONFERENCE AND TRIAL DATE** was served upon counsel named below, at the addresses set out below by CM/ECF electronic filing.

| | | |
|---|---|---|
| David Stephen Baker | [ ] | U.S. Mail, Postage Prepaid |
| Daniel C. Estes | [ ] | Express Mail |
| Fisher Patterson Sayler & Smith LLP | [ ] | Facsimile Transmission |
| 51Corporate Woods, Suite 300 | [ ] | Federal Express |
| 9393 W 110th Street | [ x ] | Electronic Filing |
| Overland Park, KS 66210 | | |
| dbaker@fisherpatterson.com | | |
| destes@fisherpatterson.com | | |
| | | |
| Stephen D. Davis | [ ] | U.S. Mail, Postage Prepaid |
| William H. Jones | [ ] | Express Mail |
| Canel, Davis & King | [ ] | Facsimile Transmission |
| 10 South La Salle Street, Suite 3400 | [ ] | Federal Express |
| Chicago, Illinois 60603 | [ x ] | Electronic Filing |
| sdavis@daviskinglaw.com | | |
| wjones@daviskinglaw.com | | |
| | | |
| Kristopher Madsen | [ ] | U.S. Mail, Postage Prepaid |
| Stuart, Tinley, Peters, Thorn, Hughes, Faust & Madsen | [ ] | Express Mail |
| | [ ] | Facsimile Transmission |
| 310 W. Kanesville Blvd., 2nd Floor | [ ] | Federal Express |
| PO Box 398 | [ x ] | Electronic Filing |
| Council Bluffs, IA  51502-0398 | | |
| madsen.kristopher@stuarttinley.com | | |
| | | |
| Alan O. Olson | [ ] | U.S. Mail, Postage Prepaid |
| Olson Law Office, P.C. | [ ] | Express Mail |
| 3116 Ingersoll Avenue | [ ] | Facsimile Transmission |
| Des Moines, IA  8031222-3910 | [ ] | Federal Express |
| aoo@olson-law.net | [ x ] | Electronic Filing |

| | | |
|---|---|---|
| Margaret Pott Reyes | [ ] | U.S. Mail, Postage Prepaid |
| Assistant County Attorney | [ ] | Express Mail |
| Pottawattamie County Attorney's Office | [ ] | Facsimile Transmission |
| 227 S. 6th St., Ste. 532A | [ ] | Federal Express |
| Council Bluffs, IA 51501 | [x] | Electronic Filing |
| maggie.PoppReyes@pottcounty.com | | |
| | | |
| Michael A Sciortino | [ ] | U.S. Mail, Postage Prepaid |
| City Of Council Bluffs Legal Dept. | [ ] | Express Mail |
| 209 Pearl Street | [ ] | Facsimile Transmission |
| Council Bluffs, IA 51503 | [ ] | Federal Express |
| MASciortino@aol.com | [x] | Electronic Filing |
| | | |
| Thomas P. Frerichs | [ ] | U.S. Mail, Postage Prepaid |
| P.O. Box 328 | [ ] | Express Mail |
| Waterloo, IA  50704 | [ ] | Facsimile Transmission |
| tfrerichs@frerichslaw.com | [ ] | Federal Express |
| | [x] | Electronic Filing |

                                      s/ Mel C. Orchard, III
                                      Gerry L. Spence
                                      J. Douglas McCalla
                                      Mel C. Orchard, III
                                      THE SPENCE LAW FIRM, LLC
                                      Spence & McCalla
                                      P.O. Box 548
                                      Jackson, WY 83001
                                      307-733-7290  Telephone
                                      307-733-5248  Fax
                                      mccalla@spencelawyers.com
                                      orchard@spencelawyers.com